FILED
AUG 25 2010
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

JS - 6/ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

GUADALUPE PARRA,

    Petitioner,

v.

MR. SANDAVAL, Acting Warden,

    Respondent.

Case No.   CV 09-6362-GW (MLG)

JUDGMENT

    IT IS ADJUDGED that the petition is denied with prejudice.

Dated: August 24, 2010

_____
George H. Wu
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
AUG 25 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY